# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUTH ANN ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, a domesticated insurer, <br><br> Defendant. | Case No. CIV-07-410-RAW |

### JUDGMENT

Pursuant to the Order entered contemporaneously herewith, the court hereby enters this Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 14th day of July, 2008.

**Dated this 14th Day of July 2008.**

J4h4i0

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma